RUMSEY et al., Respondents, v. PEOPLE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by Laurence D. Rumsey and others, as executors, against the People of the State of New York and another. No opinion. Appeals dismissed, without costs, upon stipulation filed.

In re RYAN. (Supreme Court, Appellate Division, First Department. April 9, 1914.) In the matter of Thomas Ryan. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

SACRED HEART ROMAN CATHOLIC CHURCH, Appellant, v. VEDDER, et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Action by the Sacred Heart Roman Catholic Church against Frederick Vedder and others. No opinion. Motion granted. See, also, 80 Misc. Rep. 541, 142 N. Y. Supp. 870.

SAITCH, Respondent, v. KELLEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by Joseph Saitch against Elmer W. Kelley. No opinion. Judgment and order affirmed, with costs. See, also, 154 App. Div. 864, 139 N. Y. Supp. 534.

SALOMON et al. v. KAHLEN. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Felix Salomon and others against Cornelius Kahlen. No opinion. Motion to dismiss appeal granted, with $10 costs, unles appellant comply with terms stated in order. Order filed.

SANIT, Appellant, v. BLANK, Respondent. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) Action by Rose Sanit against Jacob Blank. No opinion. Interlocutory judgment affirmed, with costs.

SANTIAGO v. SOUTHERN PAC. CO. (Supreme Court, Appellate Division, First Department. May 15, 1914.) Appeal from Trial Term, New York County. Action by Jose Santiago against the Southern Pacific Company. From a judgment on a verdict for plaintiff, and an order denying a new trial, defendant appeals. Reversed, and new trial ordered. J. Ard Haughwout, of New York City, for appellant. James F. Barber, of New York City, for respondent.

PER CURIAM. We think that the evidence failed to sustain a finding by the jury that the defendant was negligent. The judgment and order appealed from are therefore reversed, and a new trial ordered, with costs to the appellant to abide the event.

SARASOHN, Respondent, v. JEWISH PRESS PUB. CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Abraham H. Sarasohn, suing, etc., against the Jewish Press Publishing Company, impleaded with others. Louis Weinberger, of New York City, for appellant. R. S. Harvey, of New York City, for respondent. No opinion. Order reversed, without costs, and motion granted, without costs, to the

extent of modifying the order for examination by limiting it to matters relevant to plaintiff's right to an interlocutory judgment. Settle order on notice.

SCANLON, Appellant, v. KRUATKOWSKI et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Minnie Scanlon against Andrew Kruatkowski and Werra Kruatkowski. No opinion. Judgment unanimously affirmed, with costs, upon the ground that the case contains no exception which authorizes us to review the action of the trial court in granting the motion dismissing the complaint. Collier v. Collins, 172 N. Y. 99, 64 N. E. 787.

SCANTLEBURY v. TALLCOTT. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Francis H. Scantlebury against Chester W. Tallcott. No opinion. Application denied, with $10 costs. Order signed. See, also, 84 Misc. Rep. 400, 146 N. Y. Supp. 184.

SCHAFFER, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Marion C. Schaffer against Charles A. Miller. F. W. Block, of New York City, for appellant. M. L. Stover, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

DOWLING, J., dissents.

SCHEIDIG, Respondent, v. WEBER, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Ludwig Scheidig against Frank Weber. No opinion. Judgment and order of the County Court of Queens County affirmed, with costs.

SCHIFFER, Appellant, v. NEW YORK YACHT, LAUNCH & ENGINE CO., Respondent. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Mary E. Schiffer, as administratrix, etc., against the New York Yacht, Launch & Engine Company. T. A. McCole, of New York City, for appellant. James J. Allen, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SCHMIDT, Respondent, v. SIEMUND, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Action by Arthur Schmidt against Heinrich L. J. Siemund, impleaded with others. R. Marks, of New York City, for appellant. R. E. T. Riggs, of New York City, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. Order filed.

SCHULTZ, Respondent, v. CORKERY, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Margaret Schultz, as administratrix, etc., against Thomas Corkery. W. A. Jones, Jr., of New York City, for appellant. O. H. Droege, of